

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00310-CV

**IN THE INTEREST OF J.K.N.G.** and A.K.A.F.M., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02080
Honorable Linda A. Rodriguez, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellant, Jenna.[2] Because appellant, Jenna, is indigent, no costs of this appeal are assessed.

SIGNED March 9, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] The Honorable Cynthia Marie Chapa is the presiding judge of the 288th Judicial District Court. The Honorable Linda A. Rodriguez presided over the trial and signed the order of termination.

[2] To protect the identity of the minor children, we refer to appellant by a fictitious name and to the children, J.K.N.G. and A.K.A.F.M., by their initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.